## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **360HEROS, INC.,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| v. | ) | |
| | ) | |
| **AFFINITY MEDIA, INC.** | ) | **JURY TRIAL DEMANDED** |
|     **Defendant.** | ) | |

### PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

360Heros, Inc. ("360Heros") files this Original Complaint and demand for jury trial seeking relief from patent infringement of the claims of U.S. Patent No. 9,152,019 ("the '019 patent") (referred to as the "Patent-in-Suit") by Affinity Media, Inc. ("Affinity").

### I.    THE PARTIES

1.   Plaintiff 360Heros is a Delaware Corporation with its principal place of business located at 2216 West State Street, Olean, New York 14760.

2.   On information and belief, Affinity is a corporation organized and existing under the laws of the state of Delware, with a principal place of business located Los Angeles, California. Affinity is incorporated in Delaware. On information and belief, Affinity sells and offers to sell products and services throughout Illinois, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in Illinois and this judicial district. Affinity can be served with process at its registered agent, A Registered Agent, Inc., 8 The Green, Ste A, Dover, DE 19901 or anywhere else it may be found.

### II.    JURISDICTION AND VENUE

3. This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claim arises under an Act of Congress relating to patents, namely, 35 U.S.C. § 271.

4. This Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of Delaware and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of Delware and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of Delware and in this judicial district.

5. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b). Defendant has committed acts of infringement and is incorporated in Delaware. Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Delaware and this District.

### III. INFRINGEMENT

**A. Infringement of the '019 Patent**

6. On October 6, 2015, U.S. Patent No. 9,152,019 ("the '019 patent", attached as Exhibit A) entitled "360 Degree Camera Mount and Related Photographic and Video System" was duly and legally issued by the U.S. Patent and Trademark Office. 360Heros, LLC owns the '019 patent by assignment.

7. The '019 patent provide an apparatus and associated systems and methods for releasably retaining a plurality of cameras in predetermined orientations to allow for capturing of 360-degree

composite images or 360 degree by 180 degree full spherical images. By providing an assembly that releasably retains cameras in necessary positions rather than fixing them into an assembly, a user can easily remove and replace cameras as needed for troubleshooting and service. Ex. 1 at 2:38-58.

8. Affinity designs, manufactures, markets and sells photographic equipment, including, but not limited to, the Mini-Eye camera system, that infringe one or more claims of the '019 patent, including one or more of claims 1-37, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '019 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service. Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

9. Support for the allegations of infringement may be found in the following preliminary table:

| US9152019 B2 | Affinity Media: Mini EYE™ Professional 360 Camera |
|---|---|
| 1. A holding assembly configured to releasably retain a plurality of photographic cameras in a predetermined orientation, said holding assembly comprising: | HOME / 360 DESIGNS STORE / LIVE 360 VIDEO EQUIPMENT<br><br>## Mini EYE™ 3 Professional 360 Camera<br><br>**$9,899 – $13,899**<br><br>Available now. 1-2 weeks for delivery.<br><br>Mini EYE™ 3 is your ticket to professional-grade live 360 video production, and cinematic production, in a small, powerful form factor. It represents simply the best 360 video camera in its class. Create stunning 360 productions at up to 6k.<br><br>© 2015-2021 Affinity Media Inc. All rights reserved.<br><br><https://360designs.io/><br><br>Affinity Media: Mini EYE™ Professional 360 Camera has a holding assembly configured to releasably retain a plurality of photographic cameras in a predetermined orientation.<br><br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| US9152019 B2 | Affinity Media: Mini EYE™ Professional 360 Camera |
|---|---|
| a support including a support body having a plurality of support arms extending outwardly and radially from the support body; and | <br><https://360designs.io/product/mini-eye-3-professional-360-camera/><br><br>The reference describes a support including a support body having a plurality of support arms extending outwardly and radially from the support body. |

| US9152019 B2 | Affinity Media: Mini EYE™ Professional 360 Camera |
|---|---|
| each of the support arms including a receptacle disposed thereon and in which a plurality of the receptacles are disposed radially about the exterior of said support body, | <br><https://360designs.io/product/mini-eye-3-professional-360-camera/><br><br>The reference describes each of the support arms including a receptacle disposed thereon and in which a plurality of the receptacles are disposed radially about the exterior of said support body. |

| US9152019 B2 | Affinity Media: Mini EYE™ Professional 360 Camera |
|---|---|
| each of said receptacles defining an open-ended enclosure having at least one latching feature for enabling a photographic camera to be releasably retained within the defined enclosure | <br><https://360designs.io/product/mini-eye-3-professional-360-camera/><br><br>The reference describes each of said receptacles defining an open-ended enclosure having at least one latching feature for enabling a photographic camera to be releasably retained within the defined enclosure. |

| US9152019 B2 | Affinity Media: Mini EYE™ Professional 360 Camera |
|---|---|
| wherein the receptacles are oriented about said support such that each retained camera provides an overlapping field of view, the cameras being disposed on the support to create either a 360 degree by 180 degree  full spherical composite image or a 360 degree composite image. | <br><https://www.dropbox.com/sh/41knngtv43fb1ze/AAASi7ZCWxL5zK02x7slO5c9a/Older%20demo%20reels?dl=0&preview=360+Designs+Demo+Reel+March+2016.mp4&subfolder_nav_tracking=1><br><br>The reference describes the receptacles are oriented about said support such that each retained camera provides an overlapping field of view, the cameras being disposed on the support to create either a 360 degree by 180 degree full spherical composite image or a 360 degree composite image. |

10. These allegations of infringement are preliminary and are therefore subject to change. For instance, there are other of Defendant's products that infringe.

11. Affinity has and continues to induce infringement. Affinity has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., photographic equipment to enable 360-degree photography) such as to cause infringement of one or more of claims 1–37 of the '019 patent, literally or under the doctrine of equivalents. Moreover, Affinity has known of the '019 patent and the technology underlying it from at least the date of issuance of the patent or the date of the filign of this lawsuit.

12. Affinity has and continues to contributorily infringe. Affinity has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., photographic equipment to enable 360-degree photography) such as to cause infringement of one or more of claims 1–37 of the '019 patent, literally or under the doctrine of equivalents. Moreover, Affinity has known of the '019 patent and the technology underlying it from at least the date of issuance of the patent or the date of the filign of this lawsuit.

13. Affinity has caused and will continue to cause 360Heros damage by direct and indirect infringement of (including inducing infringement of) the claims of the '019 patent.

## IV.  JURY DEMAND

360Heros hereby requests a trial by jury on issues so triable by right.

## V.  PRAYER FOR RELIEF

WHEREFORE, 360Heros prays for relief as follows:

a. enter judgment that Defendant has infringed the claims of the '019 patent;

b. award 360Heros damages in an amount sufficient to compensate it for Defendant's infringement of the '019 patent in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C. § 284;

c. award 360Heros an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

d. declare this case to be "exceptional" under 35 U.S.C. § 285 and award 360Heros its attorneys' fees, expenses, and costs incurred in this action;

e. declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

f. a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendant from infringing the claims of the Patents-in-Suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and

g. award 360Heros such other and further relief as this Court deems just and proper.

DATED: August 26, 2021          Respectfully submitted,

STAMOULIS & WEINBLATT LLC

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com

RAMEY & SCHWALLER, LLP

William P. Ramey, III *(pro hac vice anticipated)*
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for 360Heros, Inc.***